HALLOCK STILLWELL, Respondent, *v.* THE NEW YORK CEN-
TRAL RAILROAD COMPANY, Appellant.

In an action by the husband for injury by negligence, the declaration of his
wife that the defendant was free from negligence cannot be treated as an
admission of the fact by him.

*Theron R. Strong,* for the appellant.

*Wakeman & Bryan,* for the respondent.

PORTER, J.   The questions raised on this appeal were sub-
stantially disposed of in the case of Frances A. Brown, who
was injured on the same occasion with the plaintiff. (32 N. Y.,
597.)   The material facts are identical; and it was held that
the evidence raised a question of fact as to the negligence
of the plaintiff or the driver, which it was the province of the
jury to decide.

The appellant seeks to distinguish this case from the other,
on the ground of a declaration imputed to the plaintiff's
wife.   There was no proof of this declaration until after the
decision of the motion for a nonsuit.   No question was made
in regard to it when the judge charged the jury.   Her decla-
ration was not evidence against him of the truth of the fact
alleged, and the proof was admissible only as affecting the
credit of the plaintiff and the driver, who testified that
she made no such declaration to the conductor.   Whether she
made it or not, was a question of fact, depending on conflict-
ing evidence.   The conductor and two other employees of
the defendant affirmed it, and four witnesses denied it.

The exception to the charge raises the precise question
discussed and decided in the case of Brown. (32 N. Y., 603.)

The judgment should be affirmed.